NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**OUSTER, INC.,**
*Appellant*

**v.**

**HESAI TECHNOLOGY CO., LTD.,**
*Appellee*

_____

2025-1786

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01457.

_____

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    OUSTER, INC. V. HESAI TECHNOLOGY CO., LTD.


    (2)  Each side shall bear their own costs.



FOR THE COURT



January 13, 2026                         Jarrett B. Perlow
      Date                                 Clerk of Court



**ISSUED AS A MANDATE:** January 13, 2026